**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS VARGAS,<br><br>        Plaintiff,<br><br>v.<br><br>EPHRAIN KNIGHT,<br><br>        Defendants. | 3:19-cv-0664-MMD-CLB<br><br>**ORDER** |

The Office of the Attorney General did not accept service of process on behalf of **Miguel Gallardo** who is no longer an employee of the Nevada Department of Corrections (ECF No. 21). However, the Attorney General has filed the last known address of this defendant under seal (ECF No. 22). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for the above-named defendant and send the same to the U.S. Marshal with the address provided under seal (ECF No. 22). The Clerk shall also SEND sufficient copies of the complaint (ECF No. 6), the screening order (ECF No. 5), and this order to the U.S. Marshal for service on the defendant. The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **May 3, 2021,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**DATED:** April 15, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**