# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VARGAS, | Case No. 3:19-CV-0664-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| EPHRAIM KNIGHT, et al., | |
| Defendants. | |

Defendants' unopposed motion to stay discovery and scheduling order deadlines (ECF No. 38) is **GRANTED.** Discovery and the remaining scheduling order deadlines are hereby **STAYED** for sixty days while the parties attempt to negotiate a resolution. The parties shall submit a status report on or before **August 25, 2021**.

Moreover, Plaintiff's motions to amend and issue summons (ECF Nos. 16, 36, & 37) are **DENIED without prejudice.** If the parties are unable to reach a resolution to this case, Plaintiff has leave to refile the motions after the stay is lifted.

**DATED**: June 30, 2021 .

_____
**UNITED STATES MAGISTRATE JUDGE**