# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CARLOS VARGAS,

Plaintiff,

v.

EPHRAIM KNIGHT, *et al.*,

Defendants.

Case No. 3:19-CV-0664-CLB

**ORDER GRANTING EXTENSION OF TIME TO FILE STATUS REPORT**

[ECF No. 40]

The Court has reviewed the Defendants' notice of settlement in principle. (ECF No. 40.)

Counsel acknowledges missing the August 25, 2021 deadline to file this status report by stating he was in trial and "inadvertently overlooked this deadline." (*Id.*) A request for extension of time did not accompany the status report. Any "request for extension of time made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect." LR IA 6-1. Inadvertently overlooking a deadline is not excusable neglect. Counsel is admonished that further failures to timely file documents may result in the Court imposing sanctions for failure to comply with an order of this Court. LR IA 11-8(e).

Defendants request for an additional sixty days to finalize settlement documents is **GRANTED, in part, and DENIED, in part**. A stipulation to dismiss or further status report shall be filed within 30 days of the date of this order, on or before **October 2, 2021**.

DATED: September 2, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**