AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail:  NHolland@ag.nv.gov

*Attorneys for Defendants*
*Pamela Del Porto and Ephraim Knight*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VARGAS, | |
| Plaintiff, | Case No.  3:19-cv-00664-MMD-CLB |
| v. | |
| EPHRAIM KNIGHT, et al. | **JOINT STATUS REPORT** |
| Defendants. | |

    Defendants, Pamela Del Porto and Ephraim Knight, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan C. Holland, Deputy Attorney General, and Plaintiff, Carlos Vargas, appearing *pro se*, hereby file this joint status report as Ordered by this Court on September 3, 2021.  (ECF No. 41).

    On July 2, 2021, during a telephone conference the parties were able to come to an agreement and settled the case.  On August 2, 2021, Defense Counsel mailed the Settlement Agreement and Stipulation and Order to Mr. Vargas. On August 11, 2021, Mr. Vargas mailed a letter to Defense Counsel with a couple questions. On September 29, 2021, Defense Counsel conducted a telephonic conference with Mr. Vargas. During that conference, the parties sorted out a few outstanding issues in the Settlement Agreement. An agreement was reached, and a revised Settlement Agreement and Stipulation and Order were drafted and mailed to Mr. Vargas on September 29, 2021. Mr. Vargas has stated that he will sign the Settlement Agreement and the Stipulation and Order as soon as he receives them.  As Mr. Vargas has already reviewed the agreement Defense Counsel is confident that the Stipulation and Order will be signed

and submitted to the court on or before October 28, 2021 or Defense Counsel will supplement this Joint Status Report by October 28, 2021.

|  |  |
|---|---|
|  | AARON D. FORD<br>Attorney General |
| _/s/Carlos Vargas_____<br>Carlos Vargas, Plaintiff<br>*Pro Se* | By:  _/s/Nathan C. Holland_____<br>     Nathan C. Holland, Bar No. 15247<br>     Deputy Attorney General<br>     Attorneys for Defendants |
| Dated: September 29, 2021 | Dated: September 29, 2021 |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___September 30_____, 2021.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 29th day of September, 2021, I caused a copy of the foregoing, **JOINT STATUS REPORT**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Carlos Vargas, #1105068
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General