1  AARON D. FORD
   Attorney General
2  NATHAN C. HOLLAND, Bar No. 15247
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1254
5  E-mail: NHolland@ag.nv.gov

6  *Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VARGAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EPHRAIM KNIGHT, et al.<br><br>　　　　　Defendants. | Case No. 3:19-cv-00664-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Carlos Vargas, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned

///
///
///
///
///
///
///
///
///

1

1 | matter is dismissed with prejudice, in pursuant to the settlement agreement. Each party
2 | will bear their own attorney fees and costs.

_____
Carlos Vargas, Plaintiff
*Pro Se*

Dated: 10·6·21

AARON D. FORD
Attorney General

By: /s/ Nathan C. Holland
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
Attorneys for Defendants

Dated: 10/18/21

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:** October 19, **, 2021.**

2